UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 43892
    GEORGE BARNSHAW
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-5218
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/29/04 and confirmed on 02/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   8244.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | 714.58 | .00 | 138.52 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COUNTY BANK AXCESS TELAD | UNSECURED | 526.00 | .00 | 101.97 |
| CREDIT FIRST NA | UNSECURED | 533.47 | .00 | 103.41 |
| CITIBANK SOUTH DAKOTA NA | UNSECURED | 1209.16 | .00 | 234.40 |
| DOMINION RETAIL | UNSECURED | 113.51 | .00 | 22.00 |
| FAST CASH ADVANCE | UNSECURED | 12145.00 | .00 | 2354.33 |
| KOHLS | UNSECURED | 258.41 | .00 | 50.09 |
| MCJ CONSUMER MARKETS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3177.62 | .00 | 615.99 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 120.00 | .00 | 23.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 333.58 | .00 | 64.67 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |

```
UNITED CASH LOANS          UNSECURED      NOT FILED              .00         .00
WALEED SADDIQ              UNSECURED      NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED       9377.41               .00     1817.83
B LINE LLC                 UNSECURED      11740.72               .00     2275.96
ECAST SETTLEMENT CORPORA   UNSECURED        461.90               .00       89.54
BANK ONE/JPM CHASE         FILED LATE         .00                .00         .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00     40711.36         .00     40711.36
PRINCIPAL PAID         .00          .00      7891.97         .00      7891.97
INTEREST PAID          .00          .00          .00         .00          .00
TOTAL PAID             .00          .00      7891.97         .00      7891.97
```

The Debtor's attorney, CAROL CADIZ                       , was allowed $       .00
and was paid $       .00 .

The Trustee received $    352.03 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 08/19/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE